# DAVID GORDON
## ATTORNEY & COUNSELLOR AT LAW

**Catskills Office**
P.O. Box 231
Highmount, NY 12441
Tel/Fax: (845) 254-4499
gordoesq@earthlink.net

**Long Island Office**
150 Motor Parkway
Suite 401
Hauppauge, NY 11788
Tel: (631) 357-2604

August 19, 2014

**VIA ECF**

Honorable Gary R. Brown
United States District Court Magistrate Judge
United States District Court - E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11772

### Re: Edme v. Internet Brands, Inc. et al., Case No. 12-CV-03306

Your Honor:

This office represents the Plaintiff in the above entitled action. I am writing this letter to provide the Court with a status report pursuant to the Settlement Conference held before Your Honor on August 1, 2014.

At that conference, it was Stipulated and So Ordered that the parties would file a completely executed Stipulation of Discontinuance by Friday, August 15, 2014 – presumably accompanied by a Settlement and Release Agreement based upon the terms of this action's resolution, which have been sealed, but of which this Court is aware.

On Friday, August 15, 2014, defendant MediaTakeOut's ["MTO"] counsel E-mailed me a Stipulation of Discontinuance accompanied by a Settlement and Release Agreement. I executed the Plaintiff's half of this Stipulation on that date and returned it to defendant's counsel by E-mail that same day. A copy of that Stipulation of Discontinuance is annexed within as *Exhibit A*.

Also, on August 15, 2014, after receiving the above-mentioned documents from defendant MTO's counsel, I then sent a copy of the Settlement and Release Agreement to my client, Shana Edme, by E-mail, requesting that she sign and have notarized the signature page of the Agreement. Ms. Edme did so, and returned her executed portion of the Settlement Agreement and Release by Express Mail the same day. A copy of Ms. Edme's executed signature page of the Agreement and Release is annexed within as *Exhibit B*. The remainder of the Agreement and Release is not attached herein, as its terms have been sealed and this Court is already aware of its contents.

Hon. G.R. Brown                                                    **DAVID GORDON, ESQ.**
Page Two
8-19-14

      As of yesterday, August 18, 2014, I forwarded the Plaintiff's executed and properly notarized part of the Settlement Agreement and Release to MTO's counsel by E-mail as a PDF file.

      It is expected that MTO's President and CEO will execute his part of the Settlement and Release Agreement no later than Friday, August 22, 2014, pursuant to the terms of the Agreement.

      Upon receipt of MTO's counsel's signature on the Stipulation of Discontinuance, which I also expect will be provided no later than Friday, August 22, 2014, I will promptly file it with the Court via ECF.

      Respectfully submitted,

      DAVID GORDON, ESQ. [DG 6062]